UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee** | **CIVIL ACTION NO:** |
| **Plaintiff** | **COMPLAINT** |
| vs. | **RE:** <br> **1156 US Route 1, Stockton Springs, ME 04981** |
| **Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn** | Mortgage: <br> May 24, 2013 <br> Book 3767, Page 187 <br> Waldo County Registry of Deeds |
| **Defendant** | |

NOW COMES the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Ajax

Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, in which the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is the obligor and the total amount owed under the terms of the Note is One Hundred Thirty-Three Thousand Nine Hundred Eighty-Eight and 33/100 ($133,988.33) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee is a national association with its principal place of business located at 13190 SW 68th Parkway, Suite 200, Tigard, OR 97223.

5. The Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is a resident of Stockton Springs, County of Waldo and State of Maine.

## FACTS

6. On December 16, 2004, by virtue of a Warranty Deed from Jeffrey T. Lor, which is recorded in the Waldo County Registry of Deeds in **Book 2710, Page 231**, the property situated at 1156 US Route 1, City/Town of Stockton Springs, County of Waldo, and State of Maine, was conveyed to Richard C. Burk and Sara Burk, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

7. On April 23, 2013, by virtue of a Release Deed from Richard C. Burk, which is recorded in the Waldo County Registry of Deeds in Book 3806, Page 292, the property situated at 1156 US Route 1, City/Town of Stockton Springs, County of Waldo, and State of Maine, was conveyed to Sara F. Burk n/k/a Asha Sara Fenn.

8. On May 24, 2013, Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, executed and delivered to JPMorgan Chase Bank, N.A. a certain Note under seal in the amount of $132,112.00.  *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

9. To secure said Note, on May 24, 2013, Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn executed a Mortgage Deed in favor of JPMorgan Chase Bank, N.A., securing the property located at 1156 US Route 1, Stockton Springs, ME 04981 which Mortgage Deed is recorded in the Waldo County Registry of Deeds in **Book 3767**, **Page 187**.  *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

10. The Mortgage was then assigned to Federal National Mortgage Association by virtue of an Assignment of Mortgage dated May 13, 2016 and recorded in the Waldo County Registry of Deeds in **Book 4062**, **Page 187**.  *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

11. The Mortgage was then assigned to Federal National Mortgage Association by virtue of an Assignment of Mortgage dated July 20, 2016 and recorded in the Waldo County Registry of Deeds in **Book 4103**, **Page 130**.  *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to Nationstar Mortgage LLC d/b/a Mr. Cooper by virtue of an Assignment of Mortgage dated April 25, 2019, and recorded in the Waldo County Registry of Deeds in **Book 4366**, **Page 75**.  *See* Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to Federal National Mortgage Association by virtue of an Assignment of Mortgage dated September 16, 2019 and recorded in the Waldo County Registry of Deeds in **Book 4416**, **Page 249**. *See* Exhibit G (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. The Mortgage was then assigned to Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee by virtue of an Assignment of Mortgage dated October 20, 2021 and recorded in the Waldo County Registry of Deeds in **Book 4722**, **Page 335**. *See* Exhibit H (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

15. On May 2, 2022, the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit I (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

16. The Demand Letter informed the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit I.

17. The Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, failed to cure the default prior to the expiration of the Demand Letter.

18. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

19. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, is the lawful holder and owner of the Note and Mortgage.

20. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

21. The total debt owed under the Note and Mortgage as of July 28, 2022, is One Hundred Thirty-Three Thousand Nine Hundred Fifty-Nine and 57/100 ($133,959.57) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $116,918.72 |
| Interest | $8,491.22 |
| Unpaid Late Charges | $227.60 |
| Unpaid Charges | $262.51 |
| Escrow Deficiency | $8,059.52 |
| Grand Total | $133,959.57 |

22. Upon information and belief, the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is presently in possession of the subject property originally secured by the Mortgage.

COUNT I – FORECLOSURE AND SALE

23. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, repeats and re-alleges paragraphs 1 through 22 as if fully set forth herein.

24. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 1156 US Route 1, Stockton Springs, County of Waldo, and State of Maine. *See* Exhibit A.

25. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, is the holder of the Note referenced in Paragraph 8 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, has the right to foreclosure and sale upon the subject property.

26. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, is the current owner and investor of the aforesaid Mortgage and Note.

27. The Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is presently in default on said Mortgage and Note, having failed to make the monthly payment due August 1, 2020, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

28. The total debt owed under the Note and Mortgage as of July 28, 2022, is One Hundred Thirty-Three Thousand Nine Hundred Fifty-Nine and 57/100 ($133,959.57) Dollars.

29. The record established through the Waldo County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

30. By virtue of the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn's breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

31. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, on May 2, 2022, evidenced by the Certificate of Mailing. *See* Exhibit I.

32. The Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is not in the Military as evidenced by the attached Exhibit J.

33. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks in rem judgment against the property.

## COUNT II – BREACH OF NOTE

34. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, repeats and re-alleges paragraphs 1 through 33 as if fully set forth herein.

35. On May 24, 2013, the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, executed under seal and delivered to JPMorgan Chase Bank, N.A. a certain Note in the amount of $132,112.00. *See* Exhibit B.

36. The Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is in default for failure to properly tender the August 1, 2020, payment and all subsequent payments. *See* Exhibit I.

37. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn.

38. The Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

39. The Defendant Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn's breach is knowing, willful, and continuing.

40. The Defendant Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn's breach has caused Plaintiff Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

41. The total debt owed under the Note and Mortgage as of July 28, 2022, if no payments are made, is One Hundred Thirty-Three Thousand Nine Hundred Fifty-Nine and 57/100 ($133,959.57) Dollars.

42. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

43. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

44. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, repeats and re-alleges paragraphs 1 through 43 as if fully set forth herein.

45. By executing, under seal, and delivering the Note, the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, entered into a written contract with JPMorgan Chase Bank, N.A. who agreed to loan the amount of $132,112.00 to the Defendant. *See* Exhibit B.

46. As part of this contract and transaction, the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

47. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, is the proper holder of the Note and successor-in-interest to JPMorgan Chase Bank, N.A., and has performed its obligations under the Note and Mortgage.

48. The Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, breached the terms of the Note and Mortgage by failing to properly tender the August 1, 2020, payment and all subsequent payments. *See* Exhibit I.

49. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn.

50. The Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, having failed to comply with the terms of the Note and Mortgage, is in breach of contract.

51. The Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is indebted to Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee in the sum of One Hundred Thirty-Three Thousand Nine Hundred Eighty-Eight and 33/100 ($133,988.33) Dollars, for money lent by the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, to the Defendant.

52. Defendant Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn's breach is knowing, willful, and continuing.

53. Defendant Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn's breach has caused Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, to suffer actual damages, including,

but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

54. The total debt owed under the Note and Mortgage as of July 28, 2022, if no payments are made, is One Hundred Thirty-Three Thousand Nine Hundred Fifty-Nine and 57/100 ($133,959.57) Dollars.

55. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

56. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## COUNT IV – UNJUST ENRICHMENT

57. The Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, repeats and re-alleges paragraphs 1 through 56 as if fully set forth herein.

58. JPMorgan Chase Bank, N.A., predecessor-in-interest to Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, loaned the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, $132,112.00. *See* Exhibit B.

59. The Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, has failed to repay the loan obligation.

60. As a result, the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, has been unjustly enriched to the detriment of the Plaintiff, Ajax Mortgage Loan Trust 2021-G,

Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee as successor-in-interest to JPMorgan Chase Bank, N.A. by having received the aforesaid benefits and money and not repaying said benefits and money.

61. As such, the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, is entitled to relief.

62. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks in rem judgment against the property.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, upon the expiration of the period of redemption;

c) Find that the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is in breach of the Note by failing to make payment due as of August 1, 2020, and all subsequent payments;

d) Find that the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is in breach of the Mortgage by failing to make payment due as of August 1, 2020, and all subsequent payments;

e) Find that the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due August 1, 2020 and all subsequent payments;

g) Find that the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn has been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, to restitution;

j) Find that the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, is liable to the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, for money had and received;

k) If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks in rem judgment against the property.

l) Find that the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, has appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, is entitled to restitution for this benefit from the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

63. Additionally, issue a money judgment against the Defendant, Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn, and in favor of the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, in the amount of One Hundred Thirty-Three Thousand Nine Hundred Eighty-Eight and 33/100 ($133,988.33) Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs (If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks in rem judgment against the property.);

p) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Ajax Mortgage Loan Trust 2021-G,
Mortgage-Backed Securities, Series 2021-G, by
U.S. Bank National Association, as Indenture
Trustee,
By its attorneys,

Dated: August 3, 2022

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com