# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

100 CUMMINGS CENTER, SUITE 303C  
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM  
HRS: MON-FRI 9 AM-4 PM

April 29, 2022

VIA CERTIFICATE OF MAILING  
AND REGULAR MAIL

Sara F. Burk n/k/a Asha Sara Fenn  
P.O. Box 145  
Stockton Springs, ME 04981

**Certified Article Number**  
9414 7266 9904 2150 8569 14  
**SENDER'S RECORD**

Sara F. Burk n/k/a Asha Sara Fenn  
1156 Us Route 1  
Stockton Springs, ME 04981

**Certified Article Number**  
9414 7266 9904 2150 8569 21  
**SENDER'S RECORD**

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address:    1156 Us Route 1, Stockton Springs,, ME 04981  
      Loan Number:  
      Payment Due Date:   August 1, 2020

Dear Mortgagor:

     This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Gregory Funding LLC, the Mortgagee, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee and the Owner/Investor, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

     Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of JPMorgan Chase Bank, N.A. its successors and assigns (if MERs) dated May 24, 2013 and recorded in the Waldo County Registry of Deeds in Book 3767, Page 187. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

     An itemization of all past due amounts, including, but not limited to, reasonable interest and


EXHIBIT 1

late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

    Amount of Past Due Payments    $20,234.83

    **TOTAL TO CURE DEFAULT:**    $20,234.83

A portion of the amount due is reasonable interest in the amount of $7,445.47.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $20,234.83 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Gregory Funding LLC, Payment Processing, 13190 SW 68th Parkway, Suite 200, Tigard, OR 97223. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Gregory Funding LLC at (866) 712-5698 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, the mortgage servicer, which is Gregory Funding LLC or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Gregory Funding LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Gregory Funding LLC
Loan Resolution Department
13190 SW 68th Parkway, Suite 200
Tigard, OR 97223
(866) 712-5698

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Gregory Funding LLC
Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee

by its attorney

Reneau J. Longoria, Esq.

MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56891

This listing is current as of **01/23/2022**.

## Agencies located in MAINE

| | |
|---|---|
| Agency Name: | PENQUIS COMMUNITY ACTION PROGRAM |
| Phone: | 207-973-3500 |
| Toll Free: | |
| Fax: | |
| Email: | N/A |
| Address: | 262 Harlow St |
| | Bangor, Maine 04401-4952 |
| Counseling Services: | - Financial, Budgeting, and Credit Workshops |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| Languages: | - English |
| Affiliation: | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| Website: | http://www.penquis.org |
| Agency ID: | 81649 |

| | |
|---|---|
| Agency Name: | MIDCOAST MAINE COMMUNITY ACTION |
| Phone: | 207-442-7963 |
| Toll Free: | 800-221-2221 |
| Fax: | 207-442-0122 |
| Email: | info@mmcacorp.org |
| Address: | 34 Wing Farm Pkwy |
| | Bath, Maine 04530-1515 |
| Counseling Services: | - Rental Housing Workshops |
| | - Services for Homeless Counseling |
| Languages: | - English |
| | - Spanish |
| Affiliation: | |
| Website: | http://midcoastmainecommunityaction.org |
| Agency ID: | 80502 |

| | |
|---|---|
| Agency Name: | COASTAL ENTERPRISES, INCORPORATED |
| Phone: | 207-504-5900 |
| Toll Free: | 877-340-2649 |
| Fax: | |
| Email: | jason.thomas@ceimaine.org |
| Address: | 30 Federal Street |
| | Suite 100 |
| | BRUNSWICK, Maine 04011-1510 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops |
| | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| | - Predatory Lending Education Workshops |
| | - Rental Housing Counseling |
| | - Reverse Mortgage Counseling |
| | - Services for Homeless Counseling |
| Languages: | - English |
| | - Spanish |
| Affiliation: | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| Website: | http://www.ceimaine.org |
| Agency ID: | 80985 |

| | |
|---|---|
| Agency Name: | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| Phone: | 207-866-6545 |
| Toll Free: | |
| Fax: | |
| Email: | N/A |
| Address: | 20 Godfrey Dr |
| | Orono, Maine 04473-3610 |
| Counseling Services: | - Financial Management/Budget Counseling |
| | - Financial, Budgeting, and Credit Workshops |
| | - Home Improvement and Rehabilitation Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| Languages: | - English |
| Affiliation: | OWEESTA CORPORATION |
| Website: | http://www.fourdirectionsmaine.org |
| Agency ID: | 83879 |

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:**
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** mesha.quinn@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** info@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339

Counseling Services: - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
Languages: - English
Affiliation: NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
Website: http://www.kvcap.org
Agency ID: 81685

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

CERTIFIED MAIL

9434 7266 9904 2150 8569 21

Sara F. Burk n/k/a Asha Sara Fenn
1156 Us Route 1
Stockton Springs, ME 04981

FIRST-CLASS




US POSTAGE — PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 007.53
MAY 02 2022

---

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Sara F. Burk n/k/a Asha Sara Fenn
1156 Us Route 1
Stockton Springs, ME 04981

FIRST-CLASS




US POSTAGE — PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 000.73
MAY 02 2022

**DOONAN, GRAVES & LO**[cut off]
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915



CERTIFIED MAIL

9414 7266 9904 2150 8569 34

Sara F. Burk n/k/a Asha Sara Fenn
P.O. Box 145
Stockton Springs, ME 04981

FIRST-CLASS



ZIP 01915
02 7H
0001338074

US POSTAGE ᴵᴹᴹ PITNEY BOWES

$ 007.53⁰
MAY 02 2022

---

**DOONAN, GRAVES & LONGORIA, LLC**
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

Sara F. Burk n/k/a Asha Sara Fenn
P.O. Box 145
Stockton Springs, ME 04981

FIRST-CLASS





ZIP 01915
02 7H
0001338074

US POSTAGE ᴵᴹᴹ PITNEY BOWES

$ 000.73⁰
MAY 02 2022





**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: Sara F. Burk n/k/a Asha Sara Fenn
P.O. Box 145
Stockton Springs, ME 04981



Postmark Here — BEVERLY MA 01915 — MAY 3 2022

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---



**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: Sara F. Burk n/k/a Asha Sara Fenn
1156 Us Route 1
Stockton Springs, ME 04981



Postmark Here — BEVERLY MA 01915 — MAY 3 2022

PS Form **3817**, April 2007  PSN 7530-02-000-9065

$1.65 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915
S73319.144

$1.65 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915
S73319.143

# Haley Carter

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Tuesday, May 3, 2022 8:32 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves and Longoria, LLC Owner of the mortgage:Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Gregory Funding LLC Loan Resolution Department
13190 SW 68th Parkway, Suite 200
Tigard, OR 97223
(866) 712-5698

-----
Consumer Information
-----

Consumer First name:Sara
Consumer Middle Initial/Middle Name: F
Consumer Last name:Burk
Consumer Suffix:
Property Address line 1:1156 Us Route 1
Property Address line 2:
Property Address line 3:
Property Address City/Town:Stockton Springs Property Address State:
Property Address zip code:04981
Property Address County:Waldo

-----
Notification Details
-----

Date notice was mailed:5/2/2022
Amount needed to cure the default:20,234.83 Consumer Address line 1:P.O. Box 145 Consumer Address line 2: Consumer Address line 3:
Consumer Address City/Town:Stockton Springs Consumer Address State:ME Consumer Address zip code:04981
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# Haley Carter

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Tuesday, May 3, 2022 8:29 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information

-----
Company providing the notice:Doonan, Graves and Longoria, LLC Owner of the mortgage:Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Gregory Funding LLC Loan Resolution Department
13190 SW 68th Parkway, Suite 200
Tigard, OR 97223
(866) 712-5698

-----
Consumer Information

-----

Consumer First name:Sara
Consumer Middle Initial/Middle Name: F
Consumer Last name:Burk
Consumer Suffix:
Property Address line 1:1156 Us Route 1
Property Address line 2:
Property Address line 3:
Property Address City/Town:Stockton Springs Property Address State:
Property Address zip code:04981
Property Address County:Waldo

-----
Notification Details

-----

Date notice was mailed:5/2/2022
Amount needed to cure the default:20,234.83 Consumer Address line 1:1156 Us Route 1 Consumer Address line 2: Consumer Address line 3:
Consumer Address City/Town:Stockton Springs Consumer Address State:ME Consumer Address zip code:04981
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**CERTIFIED MAIL**



DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

9414 7266 9904 2150 8569 14

US POSTAGE PITNEY BOWES
ZIP 01915 $ 007.53⁰
02 7H
0001338074   MAY 02 2022

Sara F. Burk n/k/a Asha Sara Fenn
P.O. Box 145
Stockton Springs, ME 04981

NIXIE    015    DE 1         0005/31/22
             RETURN TO SENDER
               UNCLAIMED
             UNABLE TO FORWARD

BC: 01915610733    *2684-02020-09-03

---

DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW

100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915

US POSTAGE PITNEY BOWES
ZIP 01915 $ 000.73⁰
02 7H
0001338074   MAY 02 2022

MANCHESTER NH 030
3 MAY 2022 PM

Sara F. Burk n/k/a Asha Sara Fenn
1156 Us Route 1
Stockton Springs, ME 04981

NIXIE    015    DE 1         0005/20/22
             RETURN TO SENDER
           NO MAIL RECEPTACLE
            UNABLE TO FORWARD

BC: 01915610733    *1163-08847-03-34

**DOONAN, GRAVES & L**
ATTORNEYS AT LAW

*100 Cummings Center
Suite 303C
Beverly, Massachusetts 01915*

CERTIFIED MAIL

9414 7266 9904 2150 8569 21

Sara F. Burk n/k/a Asha Sara Fenn
1156 Us Route 1
Stockton Springs, ME 04981



US POSTAGE — PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 007.53°
MAY 02 2022

FIRST-CLASS

NIXIE    045    DE 1    0005/23/22

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 01915610733    *1669-00842-23-33

01915>6107