# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee** | CIVIL ACTION NO: 1:22-cv-00243-JDL |
| **Plaintiff** | STATUS REPORT |
| vs. | RE:<br>1156 US Route 1, Stockton Springs, ME 04981 |
| **Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn** | Mortgage:<br>May 24, 2013<br>Book 3767, Page 187 |
| **Defendant** | Waldo County Registry of Deeds |

NOW COMES the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, by and through undersigned counsel, and hereby submits the following status report:

1. On or about September 14, 2022, this Honorable Court entered an Order granting a Motion to Stay, as a result of the Defendant submitting a loss mitigation application to the servicer for Plaintiff for review.

2. On or about October 28, 2022, servicer for Plaintiff contacted the office of the undersigned regarding the denial the Defendant's loss mitigation application.

3. On or about November 8, 2022, the office of the undersigned received a Response to Complaint and Request for Mediation, although it does not appear it was filed with this Honorable Court.

4. The office of the undersigned is respectfully requests that this matter continued to be stayed and that this Honorable Court issue an Order referring this matter to the Maine Foreclosure Diversion Program.

Respectfully submitted this 14th day of November, 2022

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

**CERTIFICATE OF SERVICE**

    I, Reneau J. Longoria, Esq. hereby certify that on this 14th day of November, 2022, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Sara F. Burk n/k/a Asha Sara Fenn a/k/a
Asha Fenn
156 US Route 1,
Stockton Springs, ME 04981