# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee** | **CIVIL ACTION NO: 1:22-cv-00243-JDL** |
| **Plaintiff** | **STATUS REPORT** |
| vs. | RE: 1156 US Route 1, Stockton Springs, ME 04981 |
| **Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn** | Mortgage: May 24, 2013 Book 3767, Page 187 |
| **Defendant** | |

**NOW COMES** the Plaintiff, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, by and through the undersigned counsel and hereby submit this status update to inform the Court that, Plaintiff filed a Request for Mediation with the Waldo County Superior Court, and as of January 3, 2023, a Mediation date has not yet been scheduled.

DATED:  January 3, 2023

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 3rd day of January, 2023 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## SERVICE LIST

Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn
P.O. Box 145
Stockton Springs, ME 04981

Sara F. Burk n/k/a Asha Sara Fenn a/k/a Asha Fenn
1156 Us Route 1
Stockton Springs, ME 04981